IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| KENT DUTY, | ) Civil Action No. 12-CV-2634 JWL/KGG ) |
| Plaintiff-Intervenor, | ) ) ) |
| v. | ) ) |
| BNSF RAILWAY COMPANY, | ) ) |
| Defendant. | ) |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Excerpts of Dr. Jarrard's Deposition |
| B | Scott Woods' Report dated December 5, 2008 (pending motion for leave to file under seal) |
| C | Photographs of Kent Duty's arm and hand |
| D | Plaintiff and Plaintiff-Intervenor's Joint Request for Inspection of Premises |
| E | Defendant's Objections and Response to Plaintiff and Plaintiff- Intervenor's Joint Request for Inspection of Premises |
| F | Excerpts of Beau Price's Deposition |
| G | Declaration of John Reppond |
| H | Letter from EEOC Investigator dated March 2, 2011 |
| I | Excerpts of Steve Kluge's Deposition |

20984877v1